NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIKIZ FRANCHISING, LLC, TIKIZ ENTERPRISES, LLC,**
*Plaintiffs-Appellants*

**v.**

**KONA ICE, INC.,**
*Defendant-Appellee*

---

2025-1279

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:18-cv-60237-KMM, 1:18-md-02832-KMM, Judge K. Michael Moore.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    TIKIZ FRANCHISING, LLC v. KONA ICE, INC.

(2)  Each side shall bear their own costs.


                                                    FOR THE COURT


April 7, 2025                          Jarrett B. Perlow
    Date                                  Clerk of Court


**ISSUED AS A MANDATE:** April 7, 2025